Albert P. Snite, appellee, v. Harry Mandel, appellant. Gen. No. 34,434.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

Harry R. Chapman and Seymour G. Klaff, for appellant. Clark & Clark, for appellee; Russell S. Clark, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Rose Smilovich, appellant, v. Ben E. Cohen and Arnold E. Berger, appellees. Gen. No. 34,452.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

Garnsey, Wood & Lennon and Daniel Harrington, for appellant. Cohen & Berke, for appellees; Harry F. Brewer, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Ruth E. Abbott, appellee, v. Louis Stein, trading as Stone Permanent Wave System, appellant. Gen. No. 34,470.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

Yale & Yale, for appellant. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Louis Felcman, administrator of the estate of Joseph Felcman, deceased, plaintiff in error, v. William P. Branger, defendant in error. Gen. No. 34,339.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

Crahen, Sullivan, O'Toole & Sullivan, for plaintiff in error; John E. Crahen, of counsel. Miller, Gorham & Wales, for defendant in error; Edward R. Adams, of counsel.

Mr. Justice McSurely delivered the opinion of the court.